**Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 24-cv-00688**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | cqydkj.en.alibaba.com | Chongqing Yuanda Technology Co., Ltd. |
| 2 | mamababy.en.alibaba.com | Dongguan Leibeika Trading Co., Ltd. |
| 3 | zhubeilu.en.alibaba.com | Foshan Zhubeile Clothing Co., Ltd. |
| 4 | fjxl5688.en.alibaba.com | Fujian Xinglai Industrial Co., Ltd. |
| 5 | fzmaiqiu.en.alibaba.com | Fuzhou Harvest Land Industry Co., Ltd. |
| 6 | gzhmjxy.en.alibaba.com | Guangzhou Haizhu District Huangmaojin Shoes Business Department |
| 7 | haomaisports.en.alibaba.com | Guangzhou Haomai Trading Co., Ltd. |
| 8 | jidiya168.en.alibaba.com | Guangzhou Jidiya Clothing Firm |
| 9 | gzshoewell.en.alibaba.com | Guangzhou Shoewell International Trade Co., Ltd. |
| 10 | tabian.en.alibaba.com | Guangzhou Tabian Technology Co., Ltd. |
| 11 | hybaby.en.alibaba.com | Hangzhou Huanyan Baby Products Co., Ltd. |
| 12 | hzyizhi01.en.alibaba.com | Hangzhou Yizhi Technology Co., Ltd. |
| 13 | easy198787.en.alibaba.com | Jieyang Airport Area Paotai Town Departure Footwear Processing Plant |
| 14 | jyfreedom.en.alibaba.com | Jieyang Rongcheng Freedom Home Commodity Store |
| 15 | dhhali.en.alibaba.com | Jinjiang City Chendai Town Ding Weihan Shoes and Clothing Firm (Individual Business) |
| 16 | huayingxing.en.alibaba.com | Jinjiang Huayingxing Packaging Products Trading Co., Ltd. |
| 17 | nian.en.alibaba.com | Kaifeng Nian Trade Co., Ltd. |
| 18 | pncsfzfl.en.alibaba.com | Pingnan Chensheng Garment Accessories Co., Ltd. |
| 19 | qdxly.en.alibaba.com | Qingdao Xinliyu International Trade Co., Ltd. |
| 20 | andu2509.en.alibaba.com | Quanzhou Andu Shoes Co., Ltd. |
| 21 | beatbear.en.alibaba.com | Quanzhou Bitexiong Trading Co., Ltd. |
| 22 | quanzhoudoing.en.alibaba.com | Quanzhou Doing Trading Corp., Ltd. |
| 23 | easytrade88.en.alibaba.com | Quanzhou Easy Trade Technology Co., Ltd. |
| 24 | qzfasten.en.alibaba.com | Quanzhou Fansheng Trading Co., Ltd. |
| 25 | fgali.en.alibaba.com | Quanzhou Fuge Trading Co., Ltd. |
| 26 | qzjsali.en.alibaba.com | Quanzhou Jiansheng Printing Co., Ltd. |

| | | |
|---|---|---|
| 27 | qzmyali.en.alibaba.com | Quanzhou Minyang Printing Co., Ltd. |
| 28 | suho.en.alibaba.com | Quanzhou Suhuo Trading Co., Ltd. |
| 29 | qzyyali.en.alibaba.com | Quanzhou Yaoyang Printing Co., Ltd. |
| 30 | zihu.en.alibaba.com | Quanzhou Zihu Trading Co., Ltd. |
| 31 | cnxinheng.en.alibaba.com | Shanghai Xinheng Printing Co., Ltd. |
| 32 | cn1519623137kirr.en.alibaba.com | Shanghai Xinmu Electromechanical Technology Co., Ltd |
| 33 | liyimei.en.alibaba.com | Shantou Chenghai District Liyimei Clothing Firm (individual Business) |
| 34 | bairuilun.en.alibaba.com | Shenyang Hengshengwei Trading Co., Ltd. |
| 35 | bitwise888.en.alibaba.com | Shenzhen Lingyi Shijie Technology Co., Ltd. |
| 36 | tengyufly.en.alibaba.com | Shenzhen Tengyu Technology Trading Co., Ltd. |
| 37 | aedra.en.alibaba.com | Sichuan Aedra Technology Co., Ltd. |
| 38 | rongyuhua.en.alibaba.com | Suzhou Yunyuhua Information Technology Co., Ltd. |
| 39 | chaohushoes.en.alibaba.com | Taizhou Chaohu Shoes Co., Ltd. |
| 40 | globaltrading.en.alibaba.com | Taizhou Global Trading Co., Ltd. |
| 41 | cn1564970032xyvocn1564970032xyvo.en.alibaba.com | Taizhou Luqiao Fengqingyun E-Commerce Firm |
| 42 | ycslipper.en.alibaba.com | Yancheng Slipper New Materials Technology Co., Ltd. |
| 43 | yiwuani.en.alibaba.com | Yiwu City Anni E-Commerce Firm |
| 44 | cnxiayu.en.alibaba.com | Yiwu Qing Yu E-Commerce Firm |
| 45 | miyuebb.en.alibaba.com | Yiwu Xiangguan Children Products Co., Ltd. |
| 46 | shoescharmsdo.en.alibaba.com | Yiwu Yihe Decoration Accessory Firm |
| 47 | amazon.com/sp?seller=A1GHIEYI6XXCZ5 | bulicishangmao |
| 48 | amazon.com/sp?seller=A2K237PTKRKMM7 | catcat |
| 49 | amazon.com/sp?seller=AL0K9WE6AVOQK | CHENsuY |
| 50 | amazon.com/sp?seller=A1850Z0GYGEFLJ | F0h7on0gP7BT1g5a5nY |
| 51 | amazon.com/sp?seller=A38JKG6VZL4K8A | foshanshinanhaiquxinhenglingshangmaoyouxiangongsi |
| 52 | amazon.com/sp?seller=A3UJ5Z2E5K0165 | haoyunshopovo |
| 53 | amazon.com/sp?seller=A2S9OQ1AUHDU6C | Jingbu department store |
| 54 | amazon.com/sp?seller=A1SWM6XPCXMP0A | LiJingxiong |
| 55 | amazon.com/sp?seller=A2QZOMIZ9Y5EVR | Litovate |
| 56 | amazon.com/sp?seller=AEUP2JTKX8KJ6 | LuckiEriBov |
| 57 | amazon.com/sp?seller=A1NBXRT9OLVPXZ | meryoo |
| 58 | amazon.com/sp?seller=A39H43CERN0OI | Mian9-shop |
| 59 | amazon.com/sp?seller=A39YKX4442RPLH | MR.B 5-7Days Fast Delivery |
| 60 | amazon.com/sp?seller=A191ZN4MA55HMD | MR.Q 5-7Days Fast Delivery |
| 61 | amazon.com/sp?seller=AUGSV6F0MGEV1 | oushenyangshangmaosfd |

| | | |
|---|---|---|
| 62 | amazon.com/sp?seller=AEYX02MF2FL8N | penghaishangmao |
| 63 | amazon.com/sp?seller=A2DMAUS1IVJMPL | SamsonJR |
| 64 | amazon.com/sp?seller=ABL3P6BUAZRAM | susongxianwenyanbaihuoshanghang |
| 65 | amazon.com/sp?seller=A1CTLGODGJ1HV0 | XiaKaiYuan21 |
| 66 | amazon.com/sp?seller=AFIQ8M3UA0NLF | Xufeng-shop |
| 67 | amazon.com/sp?seller=ACTT75UHZAHWE | xYolk |
| 68 | amazon.com/sp?seller=A310KKYV8JMH6I | YIQIZQ |
| 69 | amazon.com/sp?seller=A20O641ZEWDJ4G | ZhuShuLiang426 |
| 70 | ebay.com/usr/36boutique | 36boutique |
| 71 | ebay.com/usr/fengchenglin564 | fengchenglin564 |
| 72 | ebay.com/usr/ffdfd-17 | ffdfd-17 |
| 73 | ebay.com/usr/wjj188515 | wjj188515 |
| 74 | ebay.com/usr/xiangyangsuxia_0 | xiangyangsuxia_0 |
| 75 | ebay.com/usr/xuyan5 | xuyan5 |
| 76 | ebay.com/usr/yanshanyulongshan-0 | yanshanyulongshan-0 |
| 77 | temu.com/m-810684449008.html | Baby Albion shoes |
| 78 | temu.com/m-5179519827269.html | HongyuTrading |
| 79 | instagram.com/bellacollins371zly/ | bellacollins371zly |
| 80 | accessoriesstreetwear.com | accessoriesstreetwear.com |
| 81 | jacksneaker.com | jacksneaker.com |
| 82 | jaskicks.ru | jaskicks.ru |
| 83 | pmkclub.com | pmkclub.com |
| 84 | trendysneakers.shop | trendysneakers.shop |
| 85 | wish.com/merchant/61b1a0322f14b1aadd8663f8 | beiyunfeng4154 |
| 86 | wish.com/merchant/5f539802b980b282c90887d5 | BiggerDigger |
| 87 | wish.com/merchant/6148da6963ff7aa08b78ac60 | CERELACK |
| 88 | wish.com/merchant/5fecd91fb885423c604f4cd6 | Dinowalk |
| 89 | wish.com/merchant/5e9c06fbef1dce8cb0eb3cd1 | FUQIman |
| 90 | wish.com/merchant/5e9455eda93eff7b404c96ad | gerhg |
| 91 | wish.com/merchant/5df32dc8dc64780d737c1164 | Gggyfbb |
| 92 | wish.com/merchant/61a08f562391736bf299874d | hanyu1682 |
| 93 | wish.com/merchant/60517e452219fa2cc4be6885 | Hhjfjajdkd |

| | | |
|---|---|---|
| 94 | wish.com/merchant/6144439a3c4edc5954f03aea | Hummells |
| 95 | wish.com/merchant/5e902bb1d9de513840498414 | JamieDonahuewPvCvV |
| 96 | wish.com/merchant/618a2acf7336dee79cc15c81 | jiaseng2449 |
| 97 | wish.com/merchant/5e92e174a93eff78ad479182 | Kenneth J Johnson |
| 98 | wish.com/merchant/5dd0f7e4aa4d89433cd4484f | koruenfjie |
| 99 | wish.com/merchant/5e92e6b746be6a7dd3df20ae | Lauren R Miller |
| 100 | wish.com/merchant/5d493dcf60c79c1187907f0d | liaoshuting 2019 |
| 101 | wish.com/merchant/60c59507943a7c9f03982126 | lijiajia6074 |
| 102 | wish.com/merchant/61a2fb105d657631ae8e82b0 | liqiyu0585 |
| 103 | wish.com/merchant/61da65672e453ba0168c6479 | liyueyue5512 |
| 104 | wish.com/merchant/5fbb4219f2f602876b818ec4 | lklsd |
| 105 | wish.com/merchant/5e9c097a25c3d4ef6956b421 | Lloymshop |
| 106 | wish.com/merchant/6091bd14e7bace082e9d9fd3 | Loyal Neon Alloys |
| 107 | wish.com/merchant/61c41dba1daa20f3f4e38636 | lvjincheng4147 |
| 108 | wish.com/merchant/5d8478c3b2ac115315ee5a01 | Neiwy hats |
| 109 | wish.com/merchant/61c6c1c01877fcf0f5e134c3 | penghaohao5461 |
| 110 | wish.com/merchant/60cf1054801a0904e2c8faee | rongguanying7132 |
| 111 | wish.com/merchant/5ff3bdbe2d25ae3f2d396984 | Rosedar |
| 112 | wish.com/merchant/6084e5b759dc640a42d74908 | shegnbao9s8j3g |
| 113 | wish.com/merchant/6175302d72e5b30bdfa441b7 | shixue4528 |
| 114 | wish.com/merchant/614c28286181c80154388497 | sniaoliamki |
| 115 | wish.com/merchant/61711813b0c74f59b24f017a | sunjun2134 |
| 116 | wish.com/merchant/61435dca25b40f7e3564d1cb | The bandy store |

| | | |
|---|---|---|
| 117 | wish.com/merchant/5d61188b3d24b77ee29d3d6f | wangyuantingshop |
| 118 | wish.com/merchant/5625b7526247741a512b0b04 | Wiz Khalifa |
| 119 | wish.com/merchant/5dc6c34729e786739f04a13e | xie zi bang bang mang |
| 120 | wish.com/merchant/617ceb4a9748628338a9e12a | xingjianning8743 |
| 121 | wish.com/merchant/61821bf71cde8e1ea99ec243 | xuchanghong2134 |
| 122 | wish.com/merchant/61a079595150e847e104a6d4 | xuyawei1880 |
| 123 | wish.com/merchant/61c2edeb7fe779debb65a129 | yaoxiaoyi8643 |
| 124 | wish.com/merchant/5fe87d0e4b77d656a98100b7 | YiMaBibiana |
| 125 | wish.com/merchant/6185eb397b8c15fcc5358bdb | zhuyilin3046 |